# United States Court of Appeals
## For the First Circuit

No. 16-1489

UNITED STATES OF AMERICA,

Appellee,

v.

DAMIEN CORBETT,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 5, 2017 is amended as follows:

On page 9, line 20, change "his" to "its"